```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

DWAYNE J. WINGO, )
 )
       Plaintiff, )
 )
   v. ) No. 4:08-CV-408-DJS
 )
DANE ROPER, )
 )
       Defendant. )

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this  29th  day of April, 2008.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE